Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*
*Sunlust Pictures, LLC*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNLUST PICTURES, LLC, </br></br> Plaintiff, </br> v. </br> THEODORE HUTCHERSON, </br> Defendant. | Case No. 4:12-cv-05833-YGR </br></br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

///

///

///

///

Respectfully Submitted,

PRENDA LAW INC.

**DATED: December 6, 2012**

By:   /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*